UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Mohammed Khan

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 2   ( ) ( )

Defendant __Mohammed Khan_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_x_   Conference Before a Judicial Officer

_____ for Mr. Khan on consent
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Mohammed Khan**
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Peter E. Brill**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

February 18, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge