USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA                                :
                                                            :
                                                            :
                                                            :        1:21-cr-002-GHW
                    -against-                               :
                                                            :             ORDER
    MOHAMMED KHAN,                                          :
                                                            :
                              Defendant.:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       It is hereby ORDERED that the proceeding scheduled to take place on April 13, 2021 at

10:00 a.m. will take place on the Microsoft Teams videoconference platform.  To access the

conference, paste the following link into your browser:

       https://teams.microsoft.com/l/meetup-
       join/19%3ameeting_NDM0MWQ2YjgtODU5OC00NWFhLWJhYTUtYTcwMjkxNThiZj
       Vm%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-
       67c6543d3542%22%2c%22Oid%22%3a%2279c81400-3587-4ee7-8008-
       ba97ebee86ba%22%7d


       To use this link, you may need to download software to use the platform's

videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance

of the conference—including their ability to access the link above.  Defense counsel shall assist the

defendant in testing his or her videoconference capability so that the defendant can participate by

videoconference if that is feasible.

---

[1] *See* Microsoft, *Download Microsoft Teams* (last visited January 27, 2021), https://www.microsoft.com/en-
us/microsoft-365/microsoft-teams/download-app.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Microsoft Teams application is highly recommended.[2]  When you successfully access the link, you may be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

Members of the press, public, or counsel may access the conference's audio using the following credentials:

> Call-in number:        (917) 933-2166
> Conference ID:         452706933#

The Court requests that members of the public consider accessing the conference by telephone, rather than through the Microsoft Teams videoconference platform.  While the proceeding is accessible to the public through the Microsoft Teams videoconference platform, the inclusion of many participants on the videoconference platform can reduce the quality of the video stream for the parties and their respective counsel.

IT IS FURTHER ORDERED that by April 12, 2021, defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Microsoft Teams. If the defendant and counsel are unable to successfully test Microsoft Teams, defense counsel shall advise the Court whether the defendant consents to proceeding with a telephone conference or whether the defendant requires the proceeding to occur in person.

SO ORDERED.

Dated:  April 8, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.