

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMORANDUM ENDORSED

April 12, 2021

| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/13/2021 |

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Mohammed Khan, 21 Cr. 2 (GHW)

Dear Judge Woods:

      A status conference in the above-captioned case is scheduled for April 13, 2021. The Government writes respectfully to request that the Court adjourn the status conference for approximately 60 days.

      The Government and the defense have been engaged in discussions regarding possible pre-trial disposition. As part of those discussions, the defense has offered a mitigation submission to the U.S. Attorney's Office. The Government has requested some additional information in connection with its consideration of the defendant's submission. The Government has also produced Rule 16 discovery. The Government respectfully requests that the Court adjourn the status conference for approximately 60 days, to allow the defense to review discovery and to compile and submit additional information and materials to the U.S. Attorney's Office as part of discussions towards possible pretrial disposition.

      In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from April 13, 2021 to the date that the conference is rescheduled, for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

      The undersigned has conferred with counsel for the defendant, who has consented to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS  
United States Attorney

By: _____  
     Brett M. Kalikow  
     Assistant United States Attorneys  
     (212) 637-2220

cc: Peter E. Brill, Esq. (via ECF)

Application granted. The status conference scheduled for April 13, 2021 is adjourned to June 21, 2021 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated: April 13, 2021       _____  
New York, New York          GREGORY H. WOODS  
                              United States District Judge