**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli
Matthew Haicken*
James Moschella*

*Of Counsel

# MEMORANDUM ENDORSED

September 28, 2021

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

Re: *United States v. Mohammed Khan*
21 Cr. 2 (GHW)

Dear Judge Woods:

As per our earlier correspondence with your Courtroom Deputy, we are respectfully requesting that tomorrow's status conference be held virtually. Mr. Khan consents to the virtual appearance. We can provide the appropriate, executed form if this request is granted.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

Application denied.  The proceeding will take place as scheduled in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.
SO ORDERED.
Dated:  September 28, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788