```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2021
```

0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
:
: 1:21-cr-002-GHW
-against- :
: ORDER
:
MOHAMMED KHAN, :
:
Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The deadline for pretrial motions by Defendant was November 22, 2021.  Defendant did not file any pretrial motions by that date.  Because Defendant did not timely file any motions, the Court understands that Defendant has no pretrial motions.  Accordingly, the hearing currently scheduled for December 29, 2021 at 10:00 a.m. is adjourned *sine die.*

SO ORDERED.

Dated:  November 29, 2021  
New York, New York

_____
GREGORY H. WOODS
United States District Judge