```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
              :
  UNITED STATES OF AMERICA     :
              :
              :
              :      1:21-cr-002-GHW
      -against-             :
              :      <u>ORDER</u>
  MOHAMMED KHAN,          :
              :
           Defendant.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On September 29, 2021, the Court scheduled the trial in this case to begin on January 24, 2022. The trial is adjourned to January 25, 2022. Trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. All other deadlines laid out in the Court's November 11, 2021 Order, Dkt. No. 39, remain in effect.

      SO ORDERED.

Dated: December 2, 2021
New York, New York

                                          GREGORY H. WOODS
                                     United States District Judge