**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli
Matthew Haicken*
James Moschella*

*Of Counsel

# MEMORANDUM ENDORSED

March 30, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/4/2022
```

**Via ECF**
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Mohammed Khan*
        21 Cr. 2 (GHW)

Dear Judge Woods:

With the consent of the government, I am respectfully requesting a 30-day adjournment of Mr. Khan's sentencing, currently scheduled for April 13, 2022.

Mr. Khan needs additional time to gather documents in support of our sentencing submission, which is currently due today. As such, we will not be able to submit a complete sentencing memorandum by the current deadline.

With the Court's approval, we ask that sentencing be adjourned to May 12, 13 or 16 with our sentencing submission due April 29, 2022.

I have previously discussed that we would likely need this adjournment with the Court's Deputy.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

Application granted.  The sentencing hearing is adjourned to May 12, 2022 at 2:00 p.m. Defendant's sentencing submissions are due two weeks before sentencing; Government's sentencing submissions are due one week before sentencing.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 49.

SO ORDERED.

Dated: April 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788