**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli
Matthew Haicken*
James Moschella*
*Of Counsel

August 23, 2022

**MEMORANDUM ENDORSED**

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022

Re: *United States v. Mohammed Khan*
21 Cr. 2 (GHW)

Dear Judge Woods:

With the consent of the government, I am respectfully requesting a short adjournment of Mr. Khan's surrender, currently scheduled for September 6, 2022.

As you will recall, the date of September 6 was set at Mr. Khan's sentencing hearing to accommodate his children's return to school. Since that time, Mr. Khan has learned that his children Noah and Jonah will start school on September 8; his son Elias will start his pre-K program on September 12. As a result, I write with the hope that Mr. Khan will be permitted to surrender on September 13, 2022.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

cc: AUSA Jordan Estes
via email

Application granted. The date on which Mr. Khan must surrender is extended to September 13, 2022. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58

SO ORDERED.

Dated: August 24, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788