```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                  :
:
:
Plaintiff,     :
:
-v-                                        :
:       1:21-cr-02-GHW
:
MOHAMMED KHAN,                             :
Defendant.     :          ORDER
:
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court requests that the United States submit a letter with its view regarding what, if any, actions the Court should take in response to the letter docketed at Dkt. No. 62. The defendant may submit a letter with his views regarding the same topic. Any letter must be filed no later than September 21, 2022.

SO ORDERED.

Dated: September 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge